# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 24cv0316-JLS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's deadline to file has come and gone, Plaintiff has neither filed an amended Complaint nor otherwise contacted the Court. Accordingly, the Court finds good cause to DISMISS WITHOUT PREJUDICE the present action.

**Date:** 5/29/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Santiago
A. Santiago, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 24cv0316-JLS-VET

Plaintiffs:

Duell Family Trust; Todd Alan Duell, living man, Trustee, Secured Party Creditor, Holder In Due Course, Real Party In Interest

vs.

Defendants:

Gosch Ford, Individual; Matt Gosch, Owner, Individual; Ford Motor Credit Company, Individual; Marion Harris, CEO, individual; Does 1-10, inclusive